# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JANE DOE #17, A SEX TRAFFICKING SURVIVOR,<br><br>      Plaintiff,<br><br> v.<br><br>G6 HOSPITALITY PROPERTY, LLC; MOTEL 6 OPERATING LP #140 d/b/a MOTEL 6 ALBUQUERQUE MIDTOWN #9016; BARMAN ENTERPRISES, INC.; and M-F PARTNERSHIPS,<br><br>      Defendants. | Case No. 1:19-cv-00963-KWR-JFR |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS G6 HOSPITALITY PROPERTY, LLC AND MOTEL 6 OPERATING LP #140 D/B/A MOTEL 6 ALBUQUERQUE MIDTOWN #9016

COMES NOW, Plaintiff Jane Doe #17, in the above-styled and numbered cause, and files this Stipulation of Dismissal of Jane Doe #17's claims against Defendants G6 Hospitality Property, LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016 only. In support thereof, Plaintiff respectfully offers the following:

I.

1. Pursuant to Federal Rule 41(a)(1)(A)(ii), Plaintiff is entitled to dismissal of her claims against Defendants G6 Hospitality Property, LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016, by filing a stipulation of dismissal signed by all parties who have appeared.

2. Plaintiff hereby submits this Stipulation of Dismissal of all claims against Defendants G6 Hospitality Property, LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016, which has been signed by all parties who have appeared.

4. This dismissal is with prejudice.

      5.      This dismissal is only as to Defendants G6 Hospitality Property, LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016.

      WHEREFORE PREMISES CONSIDERED, Plaintiff Jane Doe #17 presents this Court this Stipulation dismissing her claims only against Defendants G6 Hospitality Property, LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016 with prejudice.

Respectfully submitted,

**SICO HOELSCHER HARRIS LLP**

By: */s/ David E. Harris*
    David E. Harris
    D.N.M. Id. No. 19-241
    dharris@shhlaw.com
    harrisht@shhlaw.com
    802 N. Carancahua, Suite 900
    Corpus Christi, Texas 78401
    Phone: (361) 653-3300
    Fax: (361) 653-3333
       and
    Annie McAdams *(Seeking Admission Pro Hac Vice)*
    annie@mcadamspc.com
    **ANNIE MCADAMS, PC**
    1150 Bissonnet
    Houston, Texas 77005
    Phone: (713) 785-6262
    Fax: (866) 713-6141

*Attorneys for Plaintiff*

**DLA PIPER LLP**

By: */s/ Shannon Dudic (by permission)*
    Angela Agrusa (angela.agrusa@dlapiper.com)
    Shannon Dudic (Shannon.dudic@dlapiper.com)
    Alex Burgess (alexis.burgess@dlapiper.com)
    2000 Avenue of the Stars
    Suite 400 North Tower
    Los Angeles, CA 90067-4704
    Telephone (310) 595-3000

        **MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

        R.E. Thompson (ret@modrall.com)
        Alex C. Walker (acw@modrall.com)
        Elizabeth A. Martinez (eam@modrall.com)
        Post Office Box 21682
        500 Fourth Street NW, Suite 1000
        Albuquerque, New Mexico 87103-2168
        Telephone (505) 848-1800

        ***Attorneys for Defendants G6 Hospitality Property LLC and Motel 6 Operating LP #140 d/b/a Motel 6 Albuquerque Midtown #9016***

## CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing was electronically filed through the CM/ECF system to all parties through their counsel of record this 25th day of November, 2020.

                                 */s/ David E. Harris*
                                 David E. Harris